**UNITED STATES of America, Plaintiff-Appellee**

v.

**Ernesto VAZQUEZ-AMPARAN, Defendant-Appellant**

No. 16-51430
**Summary Calendar**

United States Court of Appeals, Fifth Circuit.

Filed August 11, 2017

Joseph H. Gay, Jr., Assistant U.S. Attorney, U.S. Attorney's Office, Western District of Texas, San Antonio, TX, for Plaintiff-Appellee

Laura G. Greenberg, Assistant Federal Public Defender, Maureen Scott Franco, Federal Public Defender, Kristin Michelle Kimmelman, Assistant Federal Public Defender, Federal Public Defender's Office, Western District of Texas, San Antonio, TX, for Defendant-Appellant

Before HIGGINBOTHAM, JONES and SMITH, Circuit Judges.

PER CURIAM: *

Ernesto Vazquez-Amparan pleaded guilty to illegal reentry into the United States and was sentenced to 30 months of imprisonment and three years of supervised release. On appeal, he argues that his indictment did not allege that he had a

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

prior conviction, and therefore, it was a violation of his due process rights for the district court to impose a sentence under 8 U.S.C. § 1326(b). He contends that his sentence exceeds the statutory maximum sentence under § 1326(a).

The Government has filed an unopposed motion for summary affirmance because Vazquez-Amparan's argument is foreclosed by *Almendarez-Torres v. United States*, 523 U.S. 224, 118 S.Ct. 1219, 140 L.Ed.2d 350 (1998). As Vazquez-Amparan concedes that his argument is foreclosed and is raised only to preserve it for further review, a summary affirmance is appropriate. *See Groendyke Transp., Inc. v. Davis*, 406 F.2d 1158, 1162 (5th Cir. 1969). Accordingly, the Government's motion for summary affirmance is GRANTED. The judgment is AFFIRMED. The Government's alternative motion for an extension of time to file a brief is DENIED.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.